UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

TRIBECA PEDIATRICS, PLLC,

        Defendant.

Docket No: 1:18-cv-07862-GHW

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff EDWIN DIAZ, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

        Respectfully submitted,

        By: _____
        Joseph H. Mizrahi, Esq.
        Cohen & Mizrahi LLP
        300 Cadman Plaza West, 12 Fl.
        Brooklyn, New York 11201
        Phone: (929) 575-4175
        Email: joseph@cml.legal
        *Attorney for Plaintiff*

Dated:    Brooklyn, New York
           October 22, 2018